[No. 32343-1-I.    Division One.    May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. VERN
ALEXANDER HENDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 92-8-05803-2, Mary Wicks Brucker, J., entered
February 26, 1993. *Dismissed* by unpublished per curiam
opinion.

[No. 30536-1-I.    Division One.    May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90-1-07745-1, Jerome M. Johnson, J., entered
March 20, 1992. *Affirmed* by unpublished per curiam opin-
ion.

[No. 32635-0-I.    Divsion One.    May 9, 1994.]

*In the Matter of the Marriage of* DARLA K. LEMMEL,
*Appellant, and* JOHN L. LEMMEL, *Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 44961, H. Edwin Simmers, J. Pro Tem.,
entered March 25, 1993. *Reversed* by unpublished per cu-
riam opinion.

[No. 31003-8-I.    Division One.    May 9, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
ENRIQUE ALVARADO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-1-04966-0, James D. McCutcheon, Jr., J.,
entered June 18, 1992. *Dismissed* by unpublished per curiam
opinion.